Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

1  PAMELA E. COGAN (SBN 105089)
   pcogan@ropers.com
2  KATHRYN C. CURRY (SBN 157099)
   kcurry@ropers.com
3  ERIN A. CORNELL (SBN 227135)
   ecornell@ropers.com
4  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street
5  Redwood City, CA  94063
   Telephone:    (650) 364-8200
6  Facsimile:    (650) 780-1701

7  Attorneys for Defendant
   LIBERTY LIFE ASSURANCE COMPANY OF
8  BOSTON

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12  MACKENZIE WATERS,                         CASE NO.  C 05-4250 MJJ

13              Plaintiff,                     **STIPULATION AND [PROPOSED]
                                              ORDER OF DISMISSAL WITH
14  v.                                        PREJUDICE**

15  LIBERTY LIFE ASSURANCE
    COMPANY OF BOSTON AND DOES 1
16  through 10, Inclusive,

17              Defendants.

18

19       IT IS HEREBY STIPULATED by and between plaintiff Mackenzie Waters and defendant

20  Liberty Life Assurance Company of Boston through their respective counsel of record herein, that

21  the above-captioned matter be dismissed with prejudice as to all defendants. Each party shall

22  bear its own fees and costs.

23  / /

24  / /

25  / /

26  / /

27  / /

28  / /

RC1/394532 1/EAC                    - 1 -        STIPULATION AND [PROPOSED] ORDER OF
                                                 DISMISSAL WITH PREJUDICE C 05-4250 MJJ

Dated: February __14__, 2006

DELFINO GREEN & GREEN

By: _____
WILLIAM GREEN
Attorneys for Plaintiff
MACKENZIE WATERS

Dated: February __17__, 2006

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
PAMELA E. COGAN
KATHRYN C. CURRY
ERIN A. CORNELL
Attorneys for Defendant
LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON

2/22/2006

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Martin J. Jenkins
NORTHERN DISTRICT OF CALIFORNIA

RC1/394532 1/EAC

- 2 -

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL WITH PREJUDICE C 05-4250 MJJ